UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **HAILEY RAY, DEBRA LARCHE ON BEHALF OF THE MINOR CHILDREN, KIRSTEN RAY AND TORI RAY, AND THE ESTATE OF TOBY A. RAY** | * * * * | CIVIL ACTION NO. 19-00722 |
| | * | JUDGE TERRY A. DOUGHTY |
| **VERSUS** | * * | |
| **VOITH PAPER FABRIC & ROLL SYSTEMS, INC.** | * * * | MAGISTRATE JUDGE KAREN L. HAYES |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 5.6, Defendant Voith Paper Fabric & Roll Systems Inc. submits this Corporate Disclosure Statement, stating that there is no parent corporation of Voith Paper Fabric & Roll Systems Inc. and there are no publicly held corporations that own 10% or more of Voith Paper Fabric & Roll Systems Inc.

    Respectfully submitted,

*s/ J. Warren Gardner, Jr.*
**J. WARREN GARDNER, JR. - BAR #5928**
**PHILIP J. BORNE – BAR #19490**
**CHRISTOVICH & KEARNEY, LLP**
2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for Defendant,
Voith Paper Fabric & Roll Systems Inc.

2

## **CERTIFICATE**

      This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a copy of the above and foregoing Corporate Disclosure Statement has been served on all known counsel of record by electronic mail, this 24th day of June, 2019, at New Orleans, Louisiana.

                                                       */s J. Warren Gardner, Jr.*
                                                       **J. WARREN GARDNER, JR.**

4836-9802-9467, v. 1