# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| HAILEY RAY, ET AL. | CASE NO. 3:19-CV-00722 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| VOITH PAPER FABRIC & ROLL SYSTEMS, INC. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the instant suit is hereby **DISMISSED, WITH PREJUDICE**.  Fed.R.Civ.P. 41(b).

Monroe, Louisiana, this 19th day of September, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE